IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-30653
Summary Calendar

_____


RELIABLE HOME HEALTH CARE, INC.,

Plaintiff-Appellant,

versus

TOMMY G. THOMPSON, SECRETARY OF
HEALTH AND HUMAN SERVICES;
PALMETTO GOVERNMENT BENEFITS
ADMINISTRATION,

Defendants-Appellees.

Appeal from the United States District Court for
the Eastern District of Louisiana
(USDC No. 00-CV-2445)
_____
November 20, 2001

Before REAVLEY, HIGGINBOTHAM and WIENER, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by that court by

its order entered May 2, 2001.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.